■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CARUCCI, Appellant. — Appeal from a judgment of the County Court of Albany County (Clyne, J.), rendered October 27, 1982, convicting defendant upon his plea of guilty of the crimes of promoting gambling in the first degree (two counts) and conspiracy in the fifth degree (one count). ¶ Judgment affirmed (see *People v Basilicato,* 98 AD2d 124, criminal leave application granted 61 NY2d 907). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.